## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Alexander, Jane A

Printed:  5/6/08

Case Number:  05 B 19363
Judge:  Squires, John H
Filed:  5/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  March 26, 2008
Confirmed:  September 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 44,866.00 |  |
| Secured: |  | 41,134.56 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,384.00 |
| Trustee Fee: |  | 2,347.44 |
| Other Funds: |  | 0.00 |
| Totals: | 44,866.00 | 44,866.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 1,384.00 | 1,384.00 |
| 2. | Old Republic | Secured | 4,420.00 | 3,768.49 |
| 3. | Regions Mortgage Inc | Secured | 24,468.90 | 23,635.60 |
| 4. | Harris Bank | Secured | 16,642.76 | 10,503.95 |
| 5. | Old Republic | Secured | 2,500.00 | 525.23 |
| 6. | Regions Mortgage Inc | Secured | 11,779.00 | 2,474.80 |
| 7. | Beacon Cove Condominiums | Secured | 1,078.00 | 226.49 |
| 8. | B-First | Unsecured | 893.28 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 486.03 | 0.00 |
| 10. | Harris Bank | Unsecured | 192.59 | 0.00 |
| 11. | Alexian Brothers | Unsecured | | No Claim Filed |
| 12. | Alexian Brothers Medical Center | Unsecured | | No Claim Filed |
| 13. | Aspire | Unsecured | | No Claim Filed |
| 14. | Emergency & Ambulatory | Unsecured | | No Claim Filed |
| 15. | Master Card | Unsecured | | No Claim Filed |
| 16. | NW Surburban Family Health Center | Unsecured | | No Claim Filed |
| 17. | IPC | Unsecured | | No Claim Filed |
| 18. | NW Ind Radiology Services PC | Unsecured | | No Claim Filed |
| 19. | Northwestern Memorial Physicians Group | Unsecured | | No Claim Filed |
| 20. | University of Chicago | Unsecured | | No Claim Filed |
| 21. | Northwestern Memorial Physicians Group | Unsecured | | No Claim Filed |
| 22. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 23. | Shell Oil Company | Unsecured | | No Claim Filed |
| 24. | Macey & Aleman | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Alexander, Jane A

        Printed:  5/6/08

Case Number:  05 B 19363

Judge:  Squires, John H

Filed:  5/13/05

|  | _____ | _____ |
|---|---|---|
|  | $ 63,844.56 | $ 42,518.56 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 841.83 |
| 5% | 346.99 |
| 4.8% | 502.80 |
| 5.4% | 655.82 |
|  | _____ |
|  | $ 2,347.44 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: